EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> John Ward Llambías | 2016 TSPR 215 <br><br> 196 DPR ____ |

Número del Caso: TS-7532

Fecha: 24 de octubre de 2016

Abogado del Peticionario:

      Por derecho propio

Programa de Educación Jurídica Continua:

      Lcdo. José Ignacio Campos Pérez
      Director

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

John Ward Llambías                    Núm. TS-7532

RESOLUCIÓN

En San Juan, Puerto Rico, a 24 de octubre de 2016.

Examinada la *Moción en Cumplimiento de Orden* presentada por el Lcdo. José I. Campos Pérez, Director Ejecutivo del Programa de Educación Jurídica Continua, así como la *Moción Remitiendo Pago Adicional y Solicitando Reinstalación al Ejercicio de la Abogacía* presentada por el Sr. John Ward Llambías, se autoriza la reinstalación de este último al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo